**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:
TERRENCE J. HANCOCK, et al.

v.

WHAT IF, INC., an Illinois corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TERRENCE J. HANCOCK, et al., Plaintiffs herein

**FILED**
**FEBRUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH    08 C 934**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print) | |
| Patrick N. Ryan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Patrick N. Ryan | |
| FIRM | |
| Baum Sigman Auerbach & Neuman, Ltd. | |
| STREET ADDRESS | |
| 200 W. Adams Street, Suite 2200 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60606-5231 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6278364 | 312/236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |