IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | NO. 08 C 0934 |
| | ) | |
| vs. | ) | HONORABLE RONALD A. GUZMAN |
| | ) | |
| WHAT IF, INC., an Illinois corporation, | ) | MAGISTRATE JUDGE MASON |
| | ) | |
| Defendant. | ) | |

## INITIAL STATUS REPORT

Pursuant to this Court's standing order, the Plaintiffs hereby submit this Initial Status Report and state as follows:

Plaintiffs, Terrence J. Hancock, *et al.* ("Funds") brought suit, pursuant to 29 U.S.C. §§ 1132 and 1145 of ERISA, against Defendant, What If, Inc. to recover unpaid contributions, liquidated damages, costs and attorneys' fees from Defendant. The amounts currently claimed as due are based on documents produced by Defendant, indicating that certain employees performed work for which fringe benefit contributions should have been paid by Defendant. Defendant has not filed a responsive pleading to the Complaint. The parties have been actively discussing settlement and hope to reach an amicable resolution.

Counsel for the Funds propose that another status hearing be scheduled in 30 days, at which time the Funds will request that a default judgment be entered if a settlement has not been reached by that date.

Respectfully submitted,

s/ Catherine M. Chapman

One of the Attorneys for the Plaintiffs

Catherine M. Chapman
Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606
(312) 236-4316
email   cchapman@baumsigman.com
             pryan@baumsigman.com

I:\731exc\What If\#20448\initial status report 04-11-08.cmc.j.wpd