IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0934 |
| | ) | |
| WHAT IF, INC., an Illinois corporation, | ) | JUDGE RONALD GUZMAN |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, TERRENCE J. HANCOCK, et al., in the total amount of $26,458.48, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $600.00.

On February 19, 2008, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Gerald L. Lopatka) at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 10, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney of record, hereby certifies that on <u>Thursday</u>, the <u>15th</u> day of <u>May 2008</u>, on or before the hour of <u>5:00 p.m.</u>, he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Mr. Robert P. Casey
    Ogletree Deakins Nash Smoak & Stewart, P.C.
    20 S. Clark Street, 25th Floor
    Chicago, IL   60603
    robert.casey@ogletreedeakins.com


    /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\731exc\What If\#20448\motion for default judgment.pnr.df.wpd