IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0934 |
| | ) | |
| WHAT IF, INC., an Illinois corporation, | ) | JUDGE RONALD GUZMAN |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Mr. Robert P. Casey
     Ogletree Deakins Nash Smoak & Stewart, P.C.
     20 S. Clark Street, 25th Floor
     Chicago, IL   60603

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **27th** day of **May 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Ronald Guzman, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1219, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment.  A copy of said motion is hereby served upon you.

/s/   Patrick N. Ryan

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that on Thursday, the 15th day of May 2008, on or before the hour of 5:00 p.m., he electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Mr. Robert P. Casey
>Ogletree Deakins Nash Smoak & Stewart, P.C.
>20 S. Clark Street, 25th Floor
>Chicago, IL   60603
>robert.casey@ogletreedeakins.com

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\731exc\What If\#20448\notice of motion.pnr.df.wpd